UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05CR432 HEA |
| CHAD B. HUTCHINSON, | ) ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant's Motion to Reduce Term of Imprisonment Pursuant to Title 18 U.S.C. §3582 [Doc. #41]. Upon review of the court file and the sentence and judgment, the Court concludes that the defendant is not eligible for a reduction in sentence pursuant to Title 18 U.S.C. §3582.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion [Doc. #41] filed pursuant to 18 U.S.C. §3582(c)(2) is hereby **DENIED**.

Dated this 14th day of March, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE