# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Chad B. Hutchinson | ) | Case No: 4:05CR432 HEA |
| | ) | |
| | ) | USM No: |
| Date of Original Judgment: 04/12/2006 | ) | |
| Date of Previous Amended Judgment: | | Lee Lawless |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___04/12/2006___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___01/09/2012___

_____
*Judge's signature*

Effective Date: _____

Henry Edward Autrey, U.S. District Judge
*(if different from order date)*                  *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Chad B. Hutchinson

DEFENDANT:

CASE NUMBER: 4:05CR432 HEA

DISTRICT:       Eastern District of Missouri

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: | | Amended Total Offense Level: |
| Criminal History Category: | | Criminal History Category: |
| Previous Guideline Range: _____ to _____ months | | Amended Guideline Range: _____ to _____ months |

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the
time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence
is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

As there is a statutory minimum penalty in this matter, the defendant is not eligible for a sentence reduction.